SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>BERNARD F. BROWN, )<br>)<br>Defendant. ) | CASE NUMBER  13-40116-JPG<br><br>Title 18, United States Code, Section 1001 |

**INDICTMENT**

**FILED**

**DEC 0 3 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE GRAND JURY CHARGES:**

**COUNT 1
(FALSE STATEMENT)**

On or about September 22, 2011, in Alexander County, Illinois, within the Southern District of Illinois,

**BERNARD F. BROWN,**

defendant herein, did knowingly and willfully make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of the Federal Emergency Management Agency ("FEMA"), an agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement, to wit: a facsimile sent from Cairo, Illinois, to FEMA in which defendant falsely claimed to be living at 316 3d Street, Cairo, Illinois, while his residence at 829 26th Street, Cairo, Illinois, was being repaired, which defendant submitted in order to obtain and to continue to obtain relocation assistance payments from FEMA in connection with Disaster Declaration DR-1991, well knowing and believing that he was not living at 316 3d Street, Cairo, Illinois, that he had not relocated from his residence at 829 26th Street, Cairo, Illinois, and that he was not entitled to receive relocation assistance payments from FEMA; all in violation of Title 18, United States Code, Section 1001.

## COUNT 2
## (FALSE STATEMENT)

On or about December 12, 2011, in Alexander County, Illinois, within the Southern District of Illinois,

**BERNARD F. BROWN,**

defendant herein, did knowingly and willfully make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of the Federal Emergency Management Agency ("FEMA"), an agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement, to wit: a facsimile sent from Cairo, Illinois, to FEMA in which defendant falsely claimed to be living at 316 3d Street, Cairo, Illinois, while his residence at 829 26th Street, Cairo, Illinois, was being repaired, which defendant submitted in order to obtain and to continue to obtain relocation assistance payments from FEMA in connection with Disaster Declaration DR-1991, well knowing and believing that he was not living at 316 3d Street, Cairo, Illinois, that he had not relocated from his residence at 829 26th Street, Cairo, Illinois, and that he was not entitled to receive relocation assistance payments from FEMA; all in violation of Title 18, United States Code, Section 1001.

## COUNT 3
## (FALSE STATEMENT)

On or about March 21, 2012, in Alexander County, Illinois, within the Southern District of Illinois,

**BERNARD F. BROWN,**

defendant herein, did knowingly and willfully make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of the Federal Emergency Management Agency ("FEMA"), an agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement, to wit: a facsimile sent from Cairo, Illinois, to FEMA in which defendant falsely claimed to be living at 316 3d Street, Cairo, Illinois, while his residence at 829 26th Street, Cairo, Illinois, was being repaired, which defendant submitted in order to obtain and to continue to obtain relocation assistance payments

from FEMA in connection with Disaster Declaration DR-1991, well knowing and believing that he was not living at 316 3d Street, Cairo, Illinois, that he had not relocated from his residence at 829 26th Street, Cairo, Illinois, and that he was not entitled to receive relocation assistance payments from FEMA; all in violation of Title 18, United States Code, Section 1001.

## COUNT 4
## (FALSE STATEMENT)

On or about June 7, 2012, in Alexander County, Illinois, within the Southern District of Illinois,

**BERNARD F. BROWN,**

defendant herein, did knowingly and willfully make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of the Federal Emergency Management Agency ("FEMA"), an agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement, to wit: a facsimile sent from Cairo, Illinois, to FEMA in which defendant falsely claimed to be living at 316 3d Street, Cairo, Illinois, while his residence at 829 26th Street, Cairo, Illinois, was being repaired, which defendant submitted in order to obtain and to continue to obtain relocation assistance payments from FEMA in connection with Disaster Declaration DR-1991, well knowing and believing that he was not living at 316 3d Street, Cairo, Illinois, that he had not relocated from his residence at 829 26th Street, Cairo, Illinois, and that he was not entitled to receive relocation assistance payments from FEMA; all in violation of Title 18, United States Code, Section 1001.

## COUNT 5
## (DISASTER FRAUD)

On or about June 18, 2012, in Alexander County, Illinois, within the Southern District of Illinois,

**BERNARD F. BROWN,**

defendant herein,  knowingly used  false writings and documents, which he transmitted by

facsimile to FEMA, knowing the same to contain materially false, fictitious, and fraudulent statements and representations, to wit: that because of severe flooding in Southern Illinois, (designated Illinois Severe Storms And Flooding (DR-1991) by FEMA), he had changed his residence and was paying rent to occupy 316 3d Street, Cairo, Illinois, and was entitled to disaster relief from FEMA for reimbursement for such payment of rent, when in fact, he was not paying rent to occupy 316 3d Street, Cairo, Illinois, and in fact continued to reside at his residence at 829 26th Street, Cairo, Illinois. The defendant knew that the said representations were material. The defendant's document use occurred in a matter involving a benefit, to wit: obtaining relocation assistance payments from FEMA, that was authorized, transported, transmitted, transferred, disbursed, and paid, in connection with Disaster Declaration DR-1991, a major disaster declaration under section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act.

The authorization, transmission, transfer, disbursement, and payment of the above described benefit was in and affected interstate and foreign commerce and was a payment of FEMA, an agency of the United States; all in violation of Title 18, United States Code, Section 1040(a)(2).

A TRUE BILL

FOR[REDACTED]

STEPHEN R. WIGGINTON
United States Attorney

THOMAS E. LEGGANS
Assistant United States Attorney

Recommended Bond: $5,000 Unsecured